■ In the Matter of IRONELYS A., Appellant, v JOSE A., Respondent. [31 NYS3d 878]—

Order, Family Court, New York County (Gail A. Adams, Ref.),

entered on or about November 6, 2015, which denied petitioner's application for an extension of an order of protection issued against respondent, unanimously affirmed, without costs.

Petitioner failed to demonstrate good cause pursuant to Family Court Act § 842 to show that an extension of the order of protection was necessary in order to prevent a recurrence of domestic violence. Respondent has complied with the initial order of protection, and there have been no incidents or violations claimed by petitioner, and no specific claims of fear of continued violence. It is also notable that when respondent picked up the parties' child, it was done at petitioner's residence and not at a police precinct (*compare Matter of Molloy v Molloy*, 137 AD3d 47, 53-54 [2d Dept 2016]).

Furthermore, petitioner failed to cite any issues that would have required further elaboration or any additional facts that would have warranted a hearing under the circumstances. Concur—Mazzarelli, J.P., Acosta, Saxe, Kapnick and Kahn, JJ.